Daniel R. Shaw (SB No. 281387)
daniel@shawfirm.com
Shaw Firm
3196 S. Higuera Street, Suite E
San Luis Obispo, CA 93401
Telephone: (805) 439-4646
Facsimile: (805) 301-8030

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| J.B., a minor; by and through his parents and guardians, JACQUI BANTA and JEFF BANTA,<br><br>   Plaintiff,<br><br>   v.<br><br>LUCIA MAR UNIFIED SCHOOL DISTRICT,<br><br>   Defendant. | CASE NO.: 2:19-mc-00147<br><br>**PETITION FOR GUARDIAN AD LITEM** |

Plaintiff J.B. alleges as follow:

1. J.B. is a minor child. He was born on October 22, 2007.
2. J.B. is seeking a joint petition for approval of a minor's compromise so parties can move forward on a comprehensive resolution of all claims and remedies which would include, but not limited to, federal causes of action under 42 U.S.C. § 1983 and Section 504 of the Rehabilitation Act.
3. J.B. has no general guardian and no previous petition for appointment of a guardian ad litem has been filed in this matter.
4. Jacqui Banta is J.B.'s mother and primary caretaker.
5. Mrs. Banta resides in Nipomo, California, and is fully competent to act as J.B.'s guardian ad litem. Mrs. Banta does not have any interests adverse to J.B. and is not connected in business with the proposed adverse party. Mrs. Banta is fully competent and responsible to prosecute the proposed action for J.B.

Case No.: 2:19-mc-00147

Page 1

WHEREFORE, Plaintiff hereby moves the Court for an order appointing Jacqui Banta as guardian ad litem of J.B., for the purpose of seeking Court approval of the Joint Petition for Approval of Minor's Compromise.

Respectfully submitted,

Dated: July 16, 2019

/S/ DANIEL R. SHAW
Daniel R. Shaw
Attorney for Plaintiff